In re MOORE et al. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) In the matter of the application of David V. Moore and Michael F. Skane, electors and taxpayers of the town of Beekman, Dutchess county, N. Y., for resubmission etc., of local option questions under section 13 of the Liquor Tax Law (Consol. Laws, c. 34).

PER CURIAM. Order reversed, and resubmission ordered, with $10 costs and disbursements, on the ground that the question of local option could not be legally submitted under the Liquor Tax Law, where the notice of a meeting for Tuesday was not published till the previous Saturday. The requirement of at least five days' prior publication is mandatory. Matter of Town of Livingston, 189 N. Y. 549, 82 N. E. 1133; 23 Cyc. 99. Although the conduct of the election is not complained of, and the ballots showed a general expression by the town electors, this failure in the length of time of publication made the vote cast wholly void, and requires a resubmission.

MORAN et al. v. SCHIFF et al. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Action by Anson B. Moran and others against Mortimer L. Schiff, impleaded. No opinion. Judgment and order affirmed, with costs, with leave to plaintiffs to amend on payment of costs. Order filed.

MORAN et al., Appellants, v. VREELAND et al., Respondents (five cases). (Supreme Court, Appellate Division, First Department. March 20, 1914.) Actions by Anson B. Moran and others against Herbert S. Vreeland and others. C. Mellen, of New York City, for appellants. J. L. Quackenbush, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiffs to amend on payment of costs. Orders filed. See, also, 81 Misc. Rep. 664, 143 N. Y. Supp. 522.

MOREY et al., Respondents, v. SCHUSTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Norris Morey and others against Casper Schuster and others. No opinion. Motion granted, amending order of reversal of December 23, 1913 (159 App. Div. 602, 145 N. Y. Supp. 258), so as to allow to appellants costs of the action accruing before notice of trial.

MOREY, Respondent, v. STEWART et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Elwood P. Morey against Fannie E. Stewart, as executrix, and John C. Stewart, as executor, under the last will and testament of Samuel C. Stewart, deceased. No opinion. Judgment unanimously affirmed, with costs. See, also, 159 App. Div. 931, 144 N. Y. Supp. 1131.

MORRIS PARK ESTATES, Respondent, v. FABRICANT, Appellant (two cases). (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by the Morris Park Estates against Fanny Fabricant. J. M. Roeder, of New York City, for appellant. R. McO. Marsh, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Orders filed.

MOWBRAY v. DE FOREST. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by William E. Mowbray against Harriet De Forest. No opinion. Motion denied, with $10 costs. Order filed. See, also, 145 N. Y. Supp. 1135.

MULDOON, Respondent, v. CARMANA REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Catherine E. Muldoon against the Carmana Realty Company, impleaded with others. J. E. Donnelly, of New York City, for appellant. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

MUNNICH et al. v. JAFFE et al. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Charles L. Munnich and another against Max Jaffe and others.

PER CURIAM. Order reversed, and appellant Howard's motion granted, with $10 costs and disbursements. After plaintiffs' attorneys on December 17th had written that they were willing to extend Howard's time to make a case to February 1st, their letter of December 29th, declining to give such extension, left Howard in a position where he could fairly ask such extension by order. Howard's default is opened, and his proposed case may be served within 20 days after entry of this order.

MURPHY v. MILLER et al. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Peter D. Murphy, as administrator, etc., of Robert G. Murphy, deceased, against Gertrude Miller and others. No opinion. Judgment affirmed, with costs. *Held* that, under all the circumstances of the case, the appellants, by reason of their laches, should not, in this action, be permitted to assert and maintain their claim to an interest in the premises in question.

MURPHY, Appellant, v. TEFFT-WELLER CO., Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Action by Thomas Murphy, as administrator, against the Tefft-Weller Company. W. E. Warland, of New York City, for appellant. E. P. Mowton, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.